MARGARET M. BONSALL, Appellant, *v.* BEATRICE C. SHIVERICK, Respondent.

*Evidence — exclusion of testimony — when error disregarded — conversion of household furniture.*

*Bonsall v. Shiverick*, 184 App. Div. 904, reversed.

(Argued April 20, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 10, 1918, reversing a judgment in favor of plaintiff

entered upon a verdict and granting a new trial in an action to recover for the alleged conversion of certain household furniture and furnishings.

*Abraham Benedict, Adam K. Stricker* and *Lee Parsons Davis* for appellant.

*John F. Brennan* and *Frank A. Gaynor* for respondent.

*Per Curiam.* We think that the trial court was not adequately informed of the purpose which, it is now suggested, might have been served by the admission of the excluded testimony; that upon the theory of the trial, so far as disclosed when the testimony was offered, the ruling was not error; and that if any error was committed, the record, read in its entirety, compels the conclusion that it should be disregarded as unsubstantial (Code Civ. Pro. sec. 1317).

The order of the Appellate Division should be reversed, and the judgment of the Trial Term affirmed, with costs in the Appellate Division and in this court.

HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ., concur.

Order reversed, etc.